UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRAL KOTHARI, Individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHIMERA SECURITIES LLC,<br><br>Defendant. | ECF CASE<br><br><br>No.: 1:22-cv-7155 (JHR)(BCM)<br><br>JUDGMENT |

WHEREAS on or about February 13, 2023, Defendant served on Plaintiff an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of Ten Thousand Dollars and Zero Cents ($10,000.00) ("Offer of Judgment"), and

WHEREAS Plaintiff accepted Defendant's Offer of Judgment on or about February 15, 2023,

JUDGMENT shall be entered in favor of Plaintiff against Defendant in the amount of Ten Thousand Dollars and Zero Cents ($10,000.00), in accordance with the terms and conditions of Defendant's Offer of Judgment.

The Clerk of Court is directed to terminate all pending motions, adjourn all deadlines, and close this case.

SO ORDERED

Dated: New York, New York
_____, 2023.

_____
Honorable Jennifer H. Rearden, U.S.D.J.

142785433.1